# The Rosner Law Group LLC
Attorneys at Law

824 Market Street, Suite 810
Wilmington, Delaware 19801
(302) 777-1111
www.teamrosner.com

FREDERICK B. ROSNER*
rosner@teamrosner.com

SCOTT J. LEONHARDT
leonhardt@teamrosner.com

JULIA B. KLEIN**
klein@teamrosner.com

\* Also admitted in NY
\*\* Also admitted in PA

May 12, 2016

*VIA CM/ECF AND BY HAND DELIVERY*
Honorable Judge Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware, 19801

    RE:    *Pontiaki Special Marine Enterprise v. Tadema Shipping and Logistic Inc., et al.*, **No. 16-247 LPS**
            **United States District Court for the District of Delaware**

Dear Judge Stark:

    We are attorneys for defendant Taleveras Petroleum Trading, DMCC ("Taleveras DMCC") in the captioned matter. Pursuant to this Court's Order Granting Plaintiff's Motion for Order Authorizing Issuance of Writ of Maritime Garnishment [D.I. 50], Taleveras DMCC respectfully requests a hearing as soon as is convenient to the Court on its Motion to Vacate Order of Maritime Attachment and to Dismiss Complaint [D.I. 58], which Taleveras DMCC filed with this Court earlier today.

{00017969. }

      I am available at the Court's convenience should Your Honor have any questions.

                        Respectfully submitted,

                        Julia B. Klein (DE 5198)

Cc:    Counsel of record (via CM/ECF and/or email)