IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PONTIAKI SPECIAL MARITIME ENTERPRISE<br><br>  Plaintiff,<br><br>  v.<br><br>TADEMA SHIPPING AND LOGISTICS INC., *et al.*,<br><br>  Defendants<br><br>  v.<br><br>ATLANTIC TRADING & MARKETING, INC. et al.,<br><br>  Garnishees. | Civil Action No. 16-00247 (LPS)<br><br>**IN ADMIRALTY** |

### NOTICE OF SERVICE OF ANSWERS TO PLAINTIFF'S SUPPLEMENTAL ADMIRALTY RULE B(3)(a) INTERROGATORIES BY GARNISHEE VITOL INC.

Garnishee Vitol Inc., by and through its undersigned counsel, gives notice of service of Answers to Plaintiff's Supplemental Admiralty Rule B(3)(a) Interrogatories served with the Verified Complaint.

PALMER BIEZUP & HENDERSON LLP

Dated: June 3, 2016

By: /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
mccauley@pbh.com
Attorneys for Garnishee Vitol Inc.

PBH481095.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing Notice with the Clerk of the Court on June 3, 2016 by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/Michael B. McCauley
Michael B. McCauley (ID 2416)