IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PONTIAKI SPECIAL MARITIME ENTERPRISE, )
)
      Plaintiff, )
  v. ) Civ. No. 16-247-LPS
)
TALEVERAS GROUP, ) **IN ADMIRALTY**
TADEMA SHIPPING AND LOGISTIC INC., )
TALEVERAS PETROLEUM TRADING B.V., )
and )
TALEVERAS PETROLEUM TRADING DMCC, )
)
      Defendants. )

## ORDER

At Wilmington this **26th** day of **August, 2016**:

For the reasons set forth in the Court's Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Taleveras Petroleum Trading DMCC (D.I. 85) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and shall, no later than **August 31, 2016**, submit a joint status report, addressing: (i) whether the dispute addressed in a series of recent letters (*see* D.I. 95-97) is affected by today's decision, (ii) whether this matter is ready for a scheduling order, and (iii) any other issues they wish to address.

                                                       HON. LEONARD P. STARK
                                                       UNITED STATES DISTRICT COURT